# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

VIRGINIA ODILIA ESQUEDA,

              Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

              Defendant.

_____/

Case No.  1:16-cv-00261-SKO

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

(Doc. 3)

      Plaintiff Virginia Odilia Esqueda ("Plaintiff") filed a complaint on February 23, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 3.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

      Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

    2.    The Clerk of Court is DIRECTED to issue a summons; and

    3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **February 26, 2016**                **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE